WALTER R. CANNON, ESQ.
Nevada Bar #001505
PETER M. ANGULO, ESQ.
Nevada Bar #003672
OLSON, CANNON, GORMLEY,
ANGULO & STOBERSKI
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012 - telephone
(702) 383-0701 - facsimile

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ESTATE OF LISA WILLARDSON | CASE NO.   2:13-CV-1016-APG-GWF |
| Plaintiff, | |
| vs. | |
| STEVEN B. WOLFSON as DISTRICT ATTORNEY OF CLARK COUNTY, NEVADA, in his personal and official capacities; et al. | |
| Defendants. | |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between counsel for their

respective parties, that the above-entitled action be dismissed with prejudice; that no trial setting

or scheduling order is on file herein; and, that each party is to bear their own costs and attorneys'

fees.

DATED this _19_ day of March, 2014.

OLSON, CANNON, GORMLEY,
ANGULO & STOBERSKI

By _____
PETER M. ANGULO, ESQ.
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129
Attorneys for Defendants

CANON LAW SERVICES

By _____
ROBERT J. FLUMMERFELT, ESQ.
7251 W. Lake Mead Blvd., Suite 300
Las Vegas, Nevada 89128
Attorneys for Plaintiff

Law Offices of
OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI
A Professional Corporation
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012   Telecopier (702) 383-0701

ORDER

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED,  that this case is dismissed with prejudice.

DATED: __August 19, 2014__       _____

UNITED STATES DISTRICT JUDGE

Respectfully submitted,

OLSON, CANNON, GORMLEY,
ANGULO & STOBERSKI

By_____
     PETER M. ANGULO, ESQ.
     9950 W. Cheyenne Avenue
     Las Vegas, Nevada 89129
     Attorneys for Defendants